### CASE OF JAMES TOWNSEND AND OTHERS, PETITIONERS.

The clerk of one of the wards in the city of L. having made up his record, of the votes given in at an election for representatives, at his own counting-room, after the votes had been declared and the meeting had been dissolved, a transcript of the record thus made was duly signed by the ward officers and sent to the city clerk ; and a mistake having been subsequently discovered in the record by the ward officers, they amended it, and sent a transcript of the amended record to the city clerk, by whom the same was laid before the mayor and aldermen, who did not consider themselves authorized to act upon it ; it was held, that those persons, who received a majority of the votes in *all* the wards, and not those, who received a majority in the *other* wards only, were duly elected.

THE committee on elections, to whom was referred a memorial of James Townsend and six others, praying to be admitted as members, on the ground, that they had been duly elected, and ought to have been returned, as such, from the city of Lowell, reported thereon, on the 18th of February, as follows :—

" The memorialists allege, that in five of the wards of the city of Lowell, at the election on the second Monday of November last, the proceedings were regularly conducted and legal, and that in the other ward (ward 4) the proceedings were illegal, irregular and void ; and that in the five wards whose proceedings were legal, the memorialists each had a majority of the votes cast, and are entitled to their seats as members of this house.

The facts proved before the committee, are these :—

[1] 74 J. H. 152.

The meetings in the several wards were properly called and conducted, till after the close of the poll, and the sorting, counting and declaring of the votes.

After the declaration in ward four, the ward clerk commenced to make up his record, but it being cold and the ward room badly lighted, the meeting was dissolved, and he took his memoranda of the counts, from which the declaration had been made, and the ward book, and went to his counting-room, where, after supper, the remainder of the record was made up, and a transcript thereof signed, and sent to the city clerk; from the phraseology of the city charter, some of the ward officers in ward four thought it their duty, to record and return the whole number of votes, instead of the whole number of ballots, for senators and representatives, and did so make up their record and return; and subsequently, finding they had made a mistake, they amended the record, and sent a transcript of the amendment to the mayor and aldermen, who did not consider themselves authorized to act upon it.

The committee are of opinion, that the proceedings of the wards having been legal and proper till after the sorting, counting and declaration of the votes, and no doubt existing as to who received the majority, the election in all the wards was valid; and neither of the memorialists having received a majority, that they have leave to withdraw their memorial."

The report was agreed to on the 20th of February.[1]